**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

May 12, 2023

**BY ECF**
Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   United States v. Ramdeo Balliram,
      23 Cr. 184 (JMF)

Dear Judge Furman:

    Mr. Balliram has retained Camille Russell to represent him in this matter, and Ms. Russell filed her notice of appearance today. I have made her aware of the motions schedule and next conference date set by the Court. At this time I respectfully request that the Court relieve the Federal Defenders as counsel in this matter.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Jaclyn Delligatti
      Camille Russell

Application GRANTED. Given the posture of the case, the Court will grant the substitution without the need for an in-person conference. Ms. Russell should file a letter by May 16, 2023, confirming she is aware of the existing deadlines.

The Clerk of Court is directed to terminate Doc. #15.

SO ORDERED.

[signature]

May 12, 2023