

# RUSSELL LAW GROUP, PLLC

*Attorneys & Counselors at Law*
400 Post Avenue
Suite 401
Westbury, New York 11590
Tel: (516) 876-9300
Fax: (516) 876-9301
camilleorussell@gmail.com

**VIA ECF**
March 17, 2023

The Honorable Jesse M. Furman
United States District Court Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square,
New York, NY 10007

                         Re: <u>United States of America v. Ramdeo Balliram</u>
                         Indictment No.: 23-cr-184 (JMF)

Dear Judge Furman,

With this letter, Mr. Balliram acknowledges the deadlines set forth by Your Honor as follows: defense motions are due on or before August 3, 2023, Government's opposition due on or before August 17, 2023 and defense reply on or before August 24, 2023, with a conference date for September 6, 2023 at 3:00 p.m. at which time the Court will set a trial date.

Additionally, the Government shall comply with all discovery as it relates to their expert(s), if any, sixty (60) days before the trial date with the defense likewise to comply as it relates to their expert(s), if any, thirty (30) days before the trial date.

Respectfully submitted,
/s/ Camille O. Russell

_____

Camille O. Russell, Esq.
Russell Law Group, PLLC
Attorneys for Mr. Ramdeo Balliram
400 Post Avenue, Suite 401
Westbury, New York, 11590
(516) 876-9300
camilleorussell@gmail.com
Atty#: 4148151

SO ORDERED.  The Clerk of Court is directed to terminate Docket No. 17.

*[Signature]*
May 17, 2023

1